IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-00716 CW |
| Plaintiff, | ORDER FOR PRETRIAL PREPARATION FOR CRIMINAL |
| v. | JURY TRIAL |
| RAMON REYNOSO, | |
| Defendant. | |
| _____/ | |

Good cause appearing, it is hereby ordered that:

1.   TRIAL DATE

        a.   Jury trial will begin on September 17, 2007, at 8:30 A.M., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California.

        b.   The length of trial will be not more than 8 days.

2.   DISCOVERY

        Both sides will comply with the Federal Rules of Criminal Procedure, Crim. L.R. 16-1, and the United States will comply with Brady v. Maryland, 373 U.S. 83 (1963) and United States v. Agurs 427 U.S. 97 (1976).

3.   MOTIONS

        Pretrial motions shall be noticed in accordance with Crim. L.R. 47-2 for any available Monday on or before March 12, 2007.

**United States District Court**
For the Northern District of California

1        4.    PRETRIAL CONFERENCE

2        a.    A pretrial conference will be held on Monday,

3   September 10, 2007, at 2:30 P.M., in Courtroom 2.  It shall be

4   attended by the attorneys who will try the case.

5        b.    **Not less than one week prior to the pretrial**

6   **conference,** counsel shall comply with Crim. L.R. 17.1-1(b).

7        c.    Jury instructions §1.1 through §1.12, §3.1 through

8   §3.10 and §7.1 through §7.6 from the Manual of Model Jury

9   Instructions for the Ninth Circuit (2003) will be given absent

10  objection.  Counsel shall jointly submit one set of additional

11  proposed jury instructions, ordered in a logical sequence,

12  together with a table of contents, using the Ninth Circuit Manual

13  where possible, or Devitt and Blackmar or CALJIC, **not less than**

14  **one week prior to the pretrial conference**.  Any instructions on

15  which counsel cannot agree shall be marked as "disputed," and

16  shall be included within the jointly submitted instructions and

17  accompanying table of contents, in the place where the party

18  proposing the instruction believes it should be given.  Argument

19  and authority for and against each disputed instruction shall be

20  included as part of the joint submission, on separate sheets

21  directly following the disputed instruction.  Counsel for the

22  United States shall submit a verdict form.  The attached voir dire

23  will be given to the venire members.  Counsel should submit an

24  agreed upon set of additional requested voir dire questions to be

25  posed by the Court.  Any voir dire questions on which counsel

26  cannot agree shall be submitted separately.  Counsel will be

27  allowed brief follow-up voir dire after the Court's questioning.

28

2

**United States District Court**
For the Northern District of California

1  Any motions <u>in limine</u> should be noticed for hearing at the

2  pretrial conference in accordance with Criminal Local Rule 47-2.

3         5.    <u>JURY SELECTION</u>

4          The Jury Commissioner will summon 35 to 40 prospective

5  jurors.  The Courtroom Deputy will select their names at random

6  and seat them in the courtroom in the order in which their names

7  are called.

8      Voir dire will be asked of sufficient venire persons so that

9  twelve (plus a sufficient number for alternates) will remain after

10  all peremptory challenges and an anticipated number of hardship

11  dismissals and cause challenges have been made.

12      The Court will then take cause challenges, and discuss

13  hardship claims from the individual jurors, outside the presence

14  of the venire.  The Court will inform the attorneys which hardship

15  claims and cause challenges will be granted, but will not announce

16  those dismissals until the process is completed.  Peremptory

17  challenges will be made in writing and passed between counsel in

18  accordance with Crim. L.R. 24-2 and 24-3.  The Court will strike

19  the persons with meritorious hardships, those excused for cause,

20  and those challenged peremptorily, and call the first twelve

21  people (plus alternates) in numerical sequence remaining.  Those

22  people will be the jury.

23          2/8/07

24  Dated:  _____      _____

25                                    CLAUDIA WILKEN
                                      United States District Judge

26

27

28                                             3

**United States District Court**
For the Northern District of California

1

<u>JUROR QUESTIONNAIRE</u>

2

3   Please fill out this form as completely as possible and print
clearly.  Since we want to make copies for the attorneys and the
Court, do not write on the back of any page.  If you need more
4   room, continue at the bottom of the page.  Thank you for your
cooperation.

5

6   1.    Your name: _____

7   2.    Your age: _____

8   3.    The City where you live:_____

9   _____

10  4.    Your place of birth: _____

11  5.    Do you rent or own your own home? _____

12  6.    Your marital status: (circle one)

13        single    married    separated    divorced    widowed

14  7.    What is your occupation, and how long have you worked in
          it?  (If you are retired, please describe your main
15        occupation when you were working).

16  _____

17  _____

18  8.    Who is (or was) your employer?

19  _____

20  9.    How long have you worked for this employer? _____

21  10.   Please list the occupations of any adults with whom you
          live.
22

23  _____

    11.   If you have children, please list their ages and sex and,
24        if they are employed, please give their occupations.

25  _____

26  _____

27  _____

28  _____

4

United States District Court
For the Northern District of California

12.   Please describe your educational background:

Highest grade completed: _____

College and/or vocational schools you have attended:

_____

_____

_____

_____

Major areas of study:_____

13.   Have you ever served on a jury? _____   No. of

times?_____

If yes:  State/County Court _____   Federal Court _____

When? _____

Was it a civil or criminal case? _____

_____

_____

Did any of the juries reach a verdict? _____

(Rev. 1/07)

5