IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0716 CW |
| Plaintiff, | ORDER FOR RESPONSE FROM UNITED STATES AND PROBATION OFFICE |
| v. | |
| RAMON REYNOSO, | |
| Defendant. | |
| _____/ | |

Defendant Ramon Reynoso moves to terminate supervised release. The United States and the United States Probation Office shall file a response to the motion within two weeks from the date of this order. Defendant may file a reply one week thereafter.


IT IS SO ORDERED.


Dated: 12/23/2011

CLAUDIA WILKEN
United States District Judge


cc: Probation